ACCEPTED
03-15-00110-CR
5423648
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 5:02:41 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00110-CR

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 5:02:41 PM
JEFFREY D. KYLE
Clerk

## THOMAS KRAUSZ,

*Appellant,*

## V.

## STATE OF TEXAS,

*Appellee.*

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

**CHERIE A. BALLARD**

SBN:01650010

BALLARD & MULLOWNEY,P.C.

900 Ranch Road 620 South

C101-205

Austin, Texas 78734

(512) 261-9541 office

(512) 261-9570 fax

cherieballard@austin.rr.com

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, THOMAS KRAUSZ, files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief is currently due on May 26, 2015.

Counsel for Appellant requests a 30-day extension of time to file its brief, making the brief due on June 25, 2015. This is the first request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

Counsel for Appellant has primary responsibility in the following lawsuit which involve the preparation for a bench trial:

State of Texas vs. Caleb Daniel Akroosh; Cause Number C1CR141400196 out of the County Court at Law Number Five out of Travis County, Texas.

Counsel's elderly mother is in the hospital after having surgery and will remain hospitalized for a least the next month. Counsel's mother is hospitalized in the DFW area Counsel wishes to spend some time with her mother and be able to assist her sister with duties surrounding her hospital stay.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented.  This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he/she has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant Brief up to and including June 25, 2015. Appellant requests all other relief to which she may be entitled.

Respectfully submitted,

/s/*Cherie A. Ballard*
Cherie A. Ballard
SBN:01650010
Ballard & Mullowney, P.C.
900 Ranch Road 620 S0.C101-205
Austin, Texas 78734
(512) 261-9541
(512) 261-9570 fax

**Counsel for Appellant**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee is not opposed to this motion.

/s/*Cherie A. Ballard*

Cherie Ballard
Attorney for Thomas Krausz,
Appellan

## CERTIFICATE OF SERVICE

I certify that on May 26, 2015, I served a copy of this motion to the

following counsel:

Kathryn A. Scales
Appellate Division
Travis County District  Attorney's Office
*Counsel for Appellee*

/s/*Cherie A. Ballard*

Cherie Ballard
Attorney for Thomas Krausz, Appellant